OPINION — AG — ** PUBLIC RECORD — INSPECTION — DEPARTMENT OF HUMAN SERVICES * UNDER 51 O.S. 24 [51-24], THE DEPARTMENT OF HUMAN SERVICES `MUST' PROVIDE ACCESS TO ANY LIST OF LICENSED FOSTER PARENTS IN OKLAHOMA COUNTY COMPLIED AND MAINTAINED BY THE DEPARTMENT OF HUMAN SERVICES IN THE COURSE OF OFFICIAL BUSINESS, AS SUCH A LIST WOULD BE A " PUBLIC RECORD " UNDER OKLAHOMA. (CHILDREN, INSPECTION, PUBLIC RECORD, OFFICERS, DEFINITIONS) CITE: 10 O.S. 401 [10-401] 10 O.S. 404 [10-404](B), 10 O.S. 405 [10-405], 10 O.S. 407 [10-407], 25 O.S. 2 [25-2], 51 O.S. 24 [51-24] [51-24], 10 O.S. 408 [10-408], 67 O.S. 151 [67-151] [67-151], 67 O.S. 153 [67-153](C)(1) (FLOYD W. TAYLOR)